# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GITABEN R. PATEL, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00400-LJO-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 8) |

On July 1, 2018, Plaintiff Therese Brooke filed a notice of voluntary dismissal with prejudice. (ECF No. 8.) Defendants have not filed an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**July 5, 2018**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1